**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GERARD W. TRAYNOR,** | **Civil Action No. 18-7972 (MAS)** |
| **Plaintiff,** | |
| v. | |
| **MAYOR JOSEPH H. MANCINI, et al.,** | **ORDER** |
| **Defendants.** | |

This matter having come before the Court upon Plaintiff Gerard W. Traynor's ("Plaintiff")
motion seeking leave to amend his Complaint in order to add claims against the current Defendants
for (1) selective prosecution; and (2) unpaid wages under New Jersey's Wage Theft Act and New
Jersey's Fair Wage Act, as well as the Fair Labor Standards Act ("FLSA") (Docket Entry No. 33);
and Defendants Mayor Joseph H. Mancini, Long Beach Township, Long Beach Township Police
Department, and Anthony Deely (the "Township Defendants") having opposed the motion; and
the Court having considered all arguments raised in support of and in opposition to Plaintiff's
motion; and the Court having considered Plaintiff's motion without oral argument pursuant to
L.Civ.R. 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum
Opinion; and for good cause shown;

IT IS on this 16th day of November, 2021,

ORDERED that Plaintiff's motion seeking leave to file an Amended Complaint is
DENIED; and it is further

ORDERED that the Clerk of the Court terminate Docket Entry No. 33.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**