Armando V. Riccio, Esq.
ARMANDO V. RICCIO, LLC
7 North Main Street, Suite A
Medford, N.J.  08055
(609) 634-2784
Attorneys for Defendants Township of Long Beach, its municipal Police Department, Mayor Joseph Mancini and Anthony Deely
AR8852

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| GERARD W. TRAYNOR, | **Document Electronically Filed** |
| Plaintiff, | NO. 3:18 cv 07972 (GC-TJB) |
| vs. | CIVIL ACTION |
| MAYOR JOSEPH MANCINI, LONG BEACH TOWNSHIP, LONG BEACH TOWNSHIP POLICE DEPARTMENT, and ANTHONY DEELEY. | |
| Defendants. | |

**CONSENT ORDER AS TO CONFIDENTIAL DISCLOSURE, FOR LIMITED PURPOSE, OF CERTAIN CONFIDENTIAL MATERIAL**

**THIS MATTER** having come before the Court upon the agreement of all parties named herein, through Armando V. Riccio, Esq., of Armando V. Riccio, LLC, counsel for the Defendants and Peter H. Demkovitz, Esq., of Markowitz and Richman, counsel for Plaintiff,

and the Court having considered this Order;

**IT IS THEREFORE**, on this 2nd day of July, 2024, hereby ORDERED and DECREED that:

1. The Township has agreed to produce to the Plaintiff materials within various Internal Affairs files maintained by the Township's Police Department (collectively "Confidential Material"), subject to the conditions below;

2. Within five (5) days of receipt of a fully executed copy of this Order, the Township will deliver to Peter H. Demkovitz, Esq., FOR ATTORNEY'S EYES ONLY, the Confidential Material, for review. This does not prohibit the attorneys, for good cause or upon agreement of the parties, to seek a court order allowing the attorneys to seek to have specific parties to this litigation also review the Confidential Material, provided that such specific parties expressly agree in writing to abide by the terms of this Consent Order by executing the Confidentiality Agreement, attached hereto as Exhibit A and incorporated herein by reference, prior to any review of documents covered under this Agreement;

3. In addition to the attorneys, the parties have agreed that the Confidential Material may be provided for review to one or more expert(s) who counsel may retain, provided that any and all such expert(s) expressly agree in writing to abide by the terms of this Consent Order by executing the Confidentiality Agreement, attached hereto as Exhibit A and incorporated herein by reference, prior to any expert's review of documents covered under this Agreement. Within five (5) days of counsel providing the Confidential Material to any expert(s), counsel shall serve

2

upon opposing counsel a copy of any and all executed Exhibit A forms with the expert's signature and date the signature was obtained;

4. The production by the Township of the Confidential Material as set forth herein shall not in any manner constitute a waiver of the confidentiality provisions of the New Jersey Attorney General Internal Affairs Policies and Procedures ("IAPP"), N.J.S.A. 40A:14-181, the attorney-client privilege and/or any other privilege to which the Township is entitled; and

5. For the purposes of the IAPP, this Agreement shall be considered to be part of a Court Order issued by the above captioned Court authorizing limited disclosure of this subset of the Township's confidential Internal Affairs documents;

6. There will be no additional confidential or privileged materials/information requested or provided, and no discovery will be attempted/provided with regard to the Confidential Material or any other materials the Township has maintained within its Internal Affairs files **without further agreement of the Township or pursuant to a motion and subsequent Order**; and

7. Nothing contained herein shall provide a basis upon which to obtain the production of documents nor waive the ability to apply to the court to compel production.

Honorable Tonianne J. Bongiovanni
UNITED STATES MAGISTRATE JUDGE

We hereby consent to the form
and entry of this Consent Order.

By:

/s/ Peter H. Demkovitz, Esq.
Markowitz and Richman
Attorneys for Plaintiff

Dated: 6/18/24

By:

/s/ Armando V. Riccio, Esq.
Armando V. Riccio, LLC
Attorneys for Defendants

Dated: 6/18/24