Peter H. Demkovitz, Esquire
Markowitz & Richman
123 South Broad Street
Suite 2020
Philadelphia, PA 19109
(215 875-3100
Attorney for Plaintiff

| | |
|---|---|
| GERARD W. TRAYNOR, | United States District Court |
| | District of New Jersey |
| Plaintiff, | |
| | Civil Action |
| v. | |
| | No. 18-07972 (MAS)(TJB) |
| MAYOR JOSEPH H. MANCINI, ET AL., | |
| | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Peter H. Demkovitz, counsel to the Plaintiff, Gerard W. Traynor, respectfully seek leave from the Court to withdraw as counsel to the Plaintiff because I am retiring from the practice.

Neither the Plaintiff nor the Defendants will be prejudiced by this withdrawal because the Plaintiff will continue to be represented by Matthew D. Areman.

Respectfully submitted,

Dated: April 8, 2025

/s/ Peter H. Demkovitz
Peter H. Demkovitz

Peter H. Demkovitz, Esquire
Markowitz & Richman
123 South Broad Street – Suite 2020
Philadelphia, PA 19109
215-875-3100
*Attorney for Plaintiff*

---

| | | |
|---|---|---|
| **Gerard W. Traynor,** | : | United States District Court |
| | : | |
| Plaintiff | : | District of New Jersey |
| | : | |
| v. | : | Civil Action |
| | : | |
| **Mayor Joseph H. Mancini, et al.,** | : | No. 18-07972 (MAS)(TJB) |
| | : | |
| Defendants | : | |

---

**Order**

---

Upon consideration of the motion of Peter H. Demkovitz, for leave to withdraw as counsel to the Plaintiff in the action due to his upcoming retirement from the practice of law, it is on this _____ day of _____, 2025, **ORDERED** (1) that Mr. Demkovitz's motion is granted and (2) that his name shall be removed from this action as counsel to the plaintiff.

_____
United States Magistrate Judge

Peter H. Demkovitz, Esquire
Markowitz & Richman
123 South Broad Street
Suite 2020
Philadelphia, PA 19109
(215 875-3100
Attorney for Plaintiff

| | | |
|---|---|---|
| GERARD W. TRAYNOR, | : | United States District Court |
| | : | District of New Jersey |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 18-07972 (MAS)(TJB) |
| MAYOR JOSEPH H. MANCINI, ET AL., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that that the foregoing motion for leave to withdraw as counsel to the Plaintiff will be served on counsel to the parties to this action via the Court's electronic case-filing system.

Respectfully submitted,

Dated: April 8, 2025

/s/ Peter H. Demkovitz
Peter H. Demkovitz